Eric J. Farber SBN 169472
FARBER & COMPANY ATTORNEYS, P.C.
383 4th Street, Suite 201
Oakland, California 94607
Telephone 510-444-2512
Facsimile 866-819-6169
Eric@FarberandCo.com

Attorneys for Defendants:

Vernon Davis & Amadou Tall

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## San Francisco/Oakland Division

| | |
|---|---|
| THE KAL ROSS AGENCY, a District of Columbia Limited Liability Company, and Kal Ross, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>Vernon Davis and Amadou Tall<br><br>Defendants. | **Case No. : C131380 EDL**<br><br>**Stipulation to Extend Time to Respond to Complaint**<br>AND MODIFIED ORDER THEREON |

Farber & Company Attorneys, P.C.
Notice of Motion and Motion -- 1
*The Kal Ross Agency, et al. v. Davis, et al. Case Number: C13-1380 EDL*
United States District Court, Northern District of California

## STIPULATION & REQUEST

The Parties, by and between counsel, hereby Stipulate to Extend the date to respond to the Plaintiffs Complaint to **July 3, 2013**.  July 3, 2013 is thirty days from the date designated for response date on the Waiver of Service of Summons to Defendants.  Undersigned Counsel for Defendants was retained in the matter on May 31, 2013.

The Parties further request this Honorable Court to Amend the Initial Case Management and Conference Dates.  The current date for the parties to meet and confer about Rule 26 and Alternative Dispute Resolution is June 4, 2013.  The current dates for to file the Rule 26(f) Report, complete initial disclosures and file a Case Management Conference date is June 18, 2013.  The Initial Case Management Conference is set for June 25, 2013.  Undersigned Counsel will be travelling overseas from June 17, 2013 to June 27, 2013 and will be unavailable for the June 25, 2013 Case Management Conference.

Dated: 6/3/2013                FARBER & COMPANY ATTORNEYS, P.C.

BY: _____/s/_____
         Eric J. Farber, Esq.
         Attorneys for Defendants
         Vernon Davis and Amadou Tall

Farber & Company Attorneys, P.C.
Notice of Motion and Motion -- 2
*The Kal Ross Agency, et al. v. Davis, et al.* Case Number: C13-1380 EDL
United States District Court, Northern District of California

Dated: 6/3/2013          ODIM LAW OFFICES

                         BY: _____/s/_____
                              Carlton Odim, Esq.
                              (*Admission Pro Hac Vice*)
                              Attorneys for Plaintiffs
                              Kal Ross & The Kal Ross Agency

Farber & Company Attorneys, P.C.
Notice of Motion and Motion -- 3
*The Kal Ross Agency, et al. v. Davis, et al. Case Number: C13-1380 EDL*
United States District Court, Northern District of California

MODIFIED
~~PROPOSED~~ ORDER

The Stipulation to extend the time to answer or otherwise respond to the Complaint is approved.

Good Cause Appearing, the Request of Counsel to ~~vacate~~ *continue* the current case management dates is Granted. The Case Management Conference is reset to July 23, 2013, at 10:00 a.m., and the Joint Case Management Statement is due July 16, 2013.

Dated:  June 6, 2013

_____
Hon. Mag. Elizabeth LaPorte

Farber & Company Attorneys, P.C.
Notice of Motion and Motion -- 4
*The Kal Ross Agency, et al. v. Davis, et al.* Case Number: C13-1380 EDL
United States District Court, Northern District of California