1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Eric J. Farber SBN 169472
FARBER & COMPANY ATTORNEYS, P.C.
383 4th Street, Suite 201
Oakland, California 94607
Telephone 510-444-2512
Facsimile 866-819-6169
Eric@FarberandCo.com

Attorneys for Defendants:

Vernon Davis & Amadou Tall

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### San Francisco/Oakland Division

THE KAL ROSS AGENCY, a District of
Columbia Limited Liability Company,
and Kal Ross, an individual,

                    Plaintiffs,

        vs.

Vernon Davis and Amadou Tall

                    Defendants.

**Case No. : C131380 EDL**

**Stipulation to Extend Time to Respond
to Complaint**
 AND MODIFIED ORDER THEREON

Farber & Company Attorneys, P.C.
Notice of Motion and Motion -- 1
*The Kal Ross Agency, et al. v. Davis, et al. Case Number: C13-1380 EDL*
United States District Court, Northern District of California

1

**STIPULATION & REQUEST**

2    The Parties, by and between counsel, hereby Stipulate to Extend the date to respond to the

3    Plaintiffs Complaint to **July 3, 2013**.  July 3, 2013 is thirty days from the date designated for

4    response date on the Waiver of Service of Summons to Defendants.  Undersigned Counsel for

5    Defendants was retained in the matter on May 31, 2013.

6    The Parties further request this Honorable Court to Amend the Initial Case Management and

7    Conference Dates.  The current date for the parties to meet and confer about Rule 26 and

8    Alternative Dispute Resolution is June 4, 2013.  The current dates for to file the Rule 26(f) Report,

9    complete initial disclosures and file a Case Management Conference date is June 18, 2013.  The

10   Initial Case Management Conference is set for June 25, 2013.  Undersigned Counsel will be

11   travelling overseas from June 17, 2013 to June 27, 2013 and will be unavailable for the June 25, 2013

12   Case Management Conference.

13

14   Dated:  6/3/2013                    FARBER & COMPANY ATTORNEYS, P.C.

15

16

17                                        BY: _____/s/_____

18                                             Eric J. Farber, Esq.
                                              Attorneys for Defendants
19                                             Vernon Davis and Amadou Tall

20

21

22

23

24

25

Farber & Company Attorneys, P.C.
Notice of Motion and Motion -- 2
*The Kal Ross Agency, et al. v. Davis, et al. Case Number: C13-1380 EDL*
United States District Court, Northern District of California

1

Dated:  6/3/2013                              ODIM LAW OFFICES

2

3

4                                    BY:  _____/s/_____
                                          Carlton Odim, Esq.

5                                         (*Admission Pro Hac Vice*)
                                          Attorneys for Plaintiffs

6                                         Kal Ross & The Kal Ross Agency

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Farber & Company Attorneys, P.C.
Notice of Motion and Motion -- 3
*The Kal Ross Agency, et al. v. Davis, et al. Case Number: C13-1380 EDL*
United States District Court, Northern District of California

MODIFIED
~~PROPOSED~~ ORDER

1

2

3          The Stipulation to extend the time to answer or otherwise respond to the Complaint is

4    approved.

                                                         continue
5          Good Cause Appearing, the Request of Counsel to ~~vacate~~ the current case management

6    dates is Granted.  The Case Management Conference is reset to July 23, 2013, at 10:00 a.m., and the Joint Case

7     Management Statement is due July 16, 2013.

8

          Dated:  June 6, 2013                    _Elijah R. D. Laporte_

9                                                 Hon. Mag. Elizabeth LaPorte

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Farber & Company Attorneys, P.C.
Notice of Motion and Motion -- 4
*The Kal Ross Agency, et al. v. Davis, et al. Case Number: C13-1380 EDL*
United States District Court, Northern District of California